SEG
X9701

KASA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. '23 MJ0069 |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: |
| | Title 8, U.S.C. § 1326 Deported Alien Found In The United States |
| Jairo DEL ANGEL-Perez, | |
| Defendant. | |

The undersigned complainant being, duly sworn, states:

On or about January 6, 2023, within the Southern District of California, defendant, Jairo DEL ANGEL-Perez, an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Giancarlo Lugo
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON JANUARY 9, 2023.

*William V. Gallo*
HON. WILLIAM V. GALLO
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
**Jairo DEL ANGEL-Perez,**

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On January 6, 2023, Border Patrol Agent A. Feldenzer was performing his assigned duties at the Brown Field Border Patrol Station's State Route 94 (SR-94) Immigration Checkpoint. Agent Feldenzer was wearing his agency issued full rough duty uniform with all agency badges and insignia visible. At approximately 10:40 AM, a red Nissan Sentra approached and stopped at the primary inspection area of the SR-94 Immigration Checkpoint. Agent Feldenzer approached the red Sentra observing a total of five visible occupants. The four passengers appeared to be wearing wet and dirt covered clothing. Agent Feldenzer identified himself as a United States Border Patrol Agent and performed an immigration inspection upon all occupants. The driver of the red Sentra claimed to be a citizen of the United States. All four passengers, including one later identified as defendant Jairo DEL ANGEL-Perez, stated they were citizens of Mexico without proper immigration documentation that would allow them to enter, be in or remain in the United States legally. Agent Feldenzer asked the four occupants if they had entered the United States illegally, they all replied "Yes". At approximately 11:10 AM, Agent Feldenzer placed all five occupants of the red Sentra, including defendant DEL ANGEL, under arrest. This area is approximately seven miles north of the United States/Mexico International Boundary and approximately ten miles west of the Tecate, California Port of Entry.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant stated that he is a citizen of Mexico illegally present in the United States. The defendant admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally. The defendant stated that he illegally entered the United States on January 5, 2023, with an intended destination of Los Angeles, California.

**CONTINUATION OF COMPLAINT:**
Jairo DEL ANGEL-Perez,

Routine record checks of the defendant revealed an immigration history. The defendant's record was determined by the defendant's current fingerprints. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on December 16, 2022 through San Ysidro, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

**Executed on January 7, 2023 at 10:30 AM.**

Jesse Bojorquez
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 2 pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on January 6, 2023, in violation of 8 USC 1326.

LUPE RODRIGUEZ, JR.
United States Magistrate Judge

1/7/23   10:45 a.m.
Date/Time